IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

JAMES McCONICO, JR., #117395,           )
                                        )
    Petitioner,                         )
                                        )
v.                                      )   CASE NO. 2:09-cv-0428-TMH
                                        )
GRANTT CULLIVER, *et al.,*              )
                                        )
    Respondents.                        )

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #4) filed on May 26, 2009 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #3) entered on May 14, 2009 is adopted;

(3) This case is TRANSFERRED to the United States District Court for the Southern District of Alabama for all further proceedings.

DONE this 1st day of June, 2009.

          /s/ Truman M. Hobbs

          TRUMAN M. HOBBS
          SENIOR UNITED STATES DISTRICT JUDGE